OFFICE OF THE CLERK OF COURTS.
MS.MARY E. D,andrea
U.S. DISTRICT COURTHOUSE
MIDDLE DISTRICT OF PENN
P.O.BOX.148
SCRANTON  Pa. 18501                                    10/9/00

FILED
SCRANTON
OCT 13 2000
PER
DEPUTY CLERK

Re.1;00-cv-01714

Dear Clerk

On or about 8/20/00 I had mailed your office a copy of a Writ of Habeas corpus ,with three copys for you to file. There was a fourth copy for your office to stamp time and date and send back my copy in the inclosed envlope,that has yet to happen. what I am trying to say is I needed said copy for that is the true copy and the only one I had.
Please sent said copy back. Thank you for your time in this matter.

Truly
Mr.Joseph M Craveiro Jr.
02630-070
P.O.BOX.1000
White Deer Pa. ~~17887~~
              17887