IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Joseph M Craveiro Jr.
Vs.
U.S.A,et,al Warden of
L.S.C.I.Allenwood.

FILED
SCRANTON
NOV 21 2000

Ca.No.1;00-Cv-01714

Per _____ /s/ KMF
DEPUTY CLERK

MOTION FOR A ORDER TO SHOW CAUSE.

Now comes the above named petitioner,Who has filed a writ of Habeas corpus with this Honorable court on September 25,2000.
   It has been some 36,days since said matter has been filed and under the Local Rule 7;1 this Honorable court states that within 30 Court days a matter should be ruled on or a Order should be Issued to Show Caues.

   Wherefore I hereby request that your honor Issue a Order to Show Cause to the above named respondants to answer said Petition at once or when this court sees fiting to insure that Justice best served.

Respectfully Submitted

Mr.Joseph M Craveiro Jr.
02630-070
P.O.BOX.1000
White Deer  Pa. 17887

CERTIFICATE OF SERVICE

 I. hereby certify that I have mailed a true copy of the herein Motion to the named respondants on this date. 18/16/2000.