UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH M. CRAVEIRO,                      :
                                         :
           Petitioner                    :
                                         :
      v.                                 :        CIVIL NO. 1:CV-00-1714
                                         :
USA, ET AL.,                             :        (Judge Caldwell)  **FILED**
                                         :                          HARRISBURG, PA
           Respondents                   :
                                                  NOV 2 2 2000

                         **ORDER**                MARY E. D'ANDREA, CLERK
                                                  Per _____
                                                          Deputy Clerk

      AND NOW, this 22nd day of November, 2000, it is ordered
that:

           1.   The Clerk of Court is directed to serve a
      copy of the above-captioned petition for writ of
      habeas corpus on Respondents and the United
      States Attorney.

           2.   Within twenty (20) days of the date of
      this order, Respondents shall respond to the
      allegations in the petition.

           3.   A determination whether Petitioner should
      be produced for a hearing will be held in
      abeyance pending submission of a response.

           4.   Petitioner shall, if he so desires, file a
      reply to the response within fifteen (15) days of
      its filing.

                                   _____
                                   WILLIAM W. CALDWELL
                                   United States District Judge

 

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 22, 2000

Re:  1:00-cv-01714    Craveiro v. USA

True and correct copies of the attached were mailed by the clerk
to the following:

   Joseph M. Craveiro
   LSCI-ALLENWOOD
   Low Security Correctional Inst.
   02630-070
   P.O. Box 1000
   White Deer, PA  17887


CC:
Judge                        (  )
Magistrate Judge             (  )
U.S. Marshal                 (  )
Probation                    (  )
U.S. Attorney                (  )
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (  )
Federal Public Defender      (  )
Summons Issued               (  ) with N/C attached to complt. and served by:
                                  U.S. Marshal (  )    Pltf's Attorney (  )

Standard Order 93-5          (  )
Order to Show Cause          (  ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   (  )  PA Atty Gen (  )
                                       DA of County  (  )  Respondents (  )

Bankruptcy Court             (  )
Other_____   (  )

                                       MARY E. D'ANDREA, Clerk


DATE: _____11/22/00_____          BY: _____
                                      Deputy Clerk

**WARDEN**
**LCSI -Allenwood**
**PO Box 1000**
**White Deer, PA 17887**

**US Attorney's Office**
**228 Walnut Street**
**2nd Floor**
**Harrisburg, PA 17108**