



**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

November 15, 2000

FILED
SCRANTON
NOV 21 2000
PER _____
DEPUTY CLERK

Mr. Joseph M. Craveiro, Jr.
Reg. #02630-070
LSCI-Allenwood
P.O. Box 1000
White Deer, PA  17887

      Re:  <u>Craveiro v. USA, et al.</u>, Civil No. 1:CV-00-1714
           (Judge Caldwell)

Dear Mr. Craveiro:

      In response to your recent letter, enclosed you will find a copy of the petition referenced above.

                        Sincerely,

                        Diana L. Belisario, Esquire
                        Pro Se Law Clerk

DLB:laf
Enclosure