JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT

OF PENNSYLVANIA

C.a.No.1:00C-V-1714

Joseph M Craveiro Jr.

    Vs.

Warden ōF  L.S.C.I. Et,Al.

**FILED**
**HARRISBURG**

FEB 1 2 2001

MOTION FOR APPOINTMENT OF COUNSEL

MARY E. D'ANDREA CLERK

Per_____

DEPUTY CLERK

Now Comes the above named herein,Who request this Honorable  Court
to  appointecounsel for the herein reasons.

(a). The petitioner is a layman at the Law and this case has a lot
of complex issues.
(b). The petitioner has access to the Law library ,but not all
that is needed to put togeather thelegal issues for this case.

   Wherefore  the petitioner request this Honorable Court to appointe
counsel to see that the ends of justice be best served.

Respectfully Submitted

Joseph M Craveiro Jr.
Rêg,No.02630-070
P.O.Box.1000
White Deer  Pa. 17887

CERTIFICATE OF SERVICE

I,the above named hereby certify that i have mailed a true copy of
   the herein Motion to the US Attorneys office   2/8/ 01