JUDGE'S COPY

Joseph M. Craveiro Jr.
# 02630-070
L.S.C.I. Allenwood
P.O. Box 1000
White Deer, PA. 17887

Clerk of Courts
U.S. Dsitrict Court
District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

FILED
HARRISBURG, PA
MAY 21 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

RE: C.A. 1CV-00-1714

Dear Clerk,

    I am writing this letter in reference to the above docket number. I have filed (2) two Motion(s) on or about 03/08/01, and 04/19/01 respectively. These Motions have yet to be heard nor have I been given Notice of a Date set down for a hearing. I would like to know if these Motions have been docketed, and set for a hearing on the next day for the calling, Pursuant to F.R.C.V.P. 78. I am hereby requesting Subpoena(s) be issued to the following Attorney's: Mr. Robert Consentino; and, Mr. David C. Moretti, respectively. These Motions in that are on file are requesting the Attorney's to Compel them to answer a Set of Interrogatories that were served upon them in reference to the above Case.

In closing I wish to thank you for your time and attention to this matter.

respectfully Submitted,

Joseph M. Craveiro Jr.

Dated: 05/16/01