# ORIGINAl

19
6/26/0
~vfg

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT

OF PENNSYVANIA MIDDLE DISTRICT.

JOSEPH M CRAVEIRO JR.

VS.

U.S.A. et,al.

**FILED**
**HARRISBURG**

JUN 2 5 2001

**MARY E. D'ANDREA, CLERK**
Per_____
**DEPUTY CLERK**

Ca.No.100-CV-1714

## MOTION FOR RECONSIDERATION

Now comes the above named petitioner,Pro,Se. before this Honorable
court with this Motion pursuant to F.R.C.P. 60 or alternative Rule 52.

The prtitioner is asking this Honorable court to reconsider the
order/Memorandum of June 13,2001,dismissing the petitioner's Writ
of Habeas Corpus under 28,USC,2241.

The Motion for reconsideration is approate when the judgment overlook's
an issue briefed or makes and obvious legal error.

In the CASE AT BAR THE COURT"S ORDER CONTAIN:S AND OVERLOOKS
the Issue of equitable estoppel. This error of law is were in  fact
this Honorable court adopted the respondents reasoning to dismiss the
case ,because the resondents felt that a Motion under 28 USC 2241
was not the proper way to challeng a old in valid states sentence,
that was being used to enhance the petitioners sentence under 18 USC
924(e).  The petitioner feels that the action by this Honorable court
was a error of law. The supreme court has just ruled on this Issue in
the cases of Daniels and Cross and stated that in fact a 2255 was not
the proper vehicle to challeng a impropely enhanced sentence under
18 USC 924(e). The rulings in question would only go to show that
a Writ of Habeas Corpus under 28 USC,2241 was the proper vehicle back
into Federal court,on the question of a constitutional unsound State
conviction.

The state conviction in question was tainted by counsel's ineffective
assistance in violation to the sixth amendment,See.Mema Vs. Rhay 389
US.128,19Led 2d 336(1967)"RIGHT TO COUNSEL AT ALL CRITICAL STAGES"
In Hamilton Vs, Alabama 368 US,52,54, 7 led 2d 114 (1961) held that
State proceedings where plea is entered is a critical stage.

-2-

and White Vs Maryland 373 Us 59 60, 10 led 2d 193 (1963)(Same as above.
Hill Vs, Lockhart 474 US. 52 88 led 2d 203 (1985) The petitoneer
received no meaningfuly assistance at all from the court appointed
counsel,which constructively denied him the constitutional protections
pursuant to the sixth Amendment. The rights to have effective assistan
of counsel at all critical stages in a Criminal proceeding,See,
US. Vs. Cronic 466 US 668 80 led 2d 674 (1984).
The petitioner feels that this action by the court was a error of Law.
The United States Supreme court on april 25,2001 has made a Ruling in
the case's of Daniels Vs USA and in U.S. Vs.Cross,that states that in
fact a 2255 and a 2254 is not the right vehicle to open the door to
challenging a Propr State Conviction that may have used to enhance,
under 18 USC 924(e).
 PETITIONER NOW HAS SHOWN THAT THE remedy under or /vehicle to
challeng his impropely enhanced sentence could only be a Writ of Habeas
Corpus under 2241 because the Supreme court has stated in the two
 above case there is no reief under 28 USC 2255.


So that is a inadequate or ineffective way to test the legality of
petitioners detention . Wherefore in light of the two new rulings in
the cases named herein Cross Vs.US.99-1884(4/25/01) and Daniels Vs.
US 99-9136(4/25/01) Wherefore the petitioner ask this Honorable court
to reconsider it's Judgment of June 13/01,by amending it's order and
grant a fact finding hearing for the record on said matter of Law.
 This would be in the bast interest of justice economy,that the petit-
ioner makes this request for reconsideration. Without the factual
development required to support the court's determination of law
the appeal panel will be unable to conduct a proper de-Novo review
of the legal issues. For the reasons stated herein the petitioner
prays that this honorable court grant this Motion.


CERTIFICATE OF SERVICE

I,Hereby certify that I have mailed
a true copy of the herein Motion
 to the respondents,attorney.
on this date.6/23/01

RESPECTFULLY SUBMITTED

Joseph M Craveiro Jr.
Reg,No.02630-070
P.O.BOX.1000
Mongomery    P.a. 17752