22
12/27/0
MA

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH M. CRAVEIRO,                    :
                                       :
                Petitioner             :
                                       :    CIVIL NO. 1:00-CV-1714
        v.                             :
                                       :    (Judge Caldwell)
USA, et al.,                           :
                                       :
                Respondents            :

O R D E R

AND NOW, this 26th day of December, 2001, it is ordered that

Petitioner's motion for reconsideration (doc. 19) is denied.


_____
WILLIAM W. CALDWELL
United States District Judge


Certified from the record
Date _12-27-01_
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

FILED
DEC 2 6 2001
PER _____
HARRISBURG, PA.    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 26, 2001

Re:  1:00-cv-01714    Craveiro v. USA

True and correct copies of the attached were mailed by the clerk
to the following:

      Joseph M. Craveiro
      LSCI-ALLENWOOD
      Low Security Correctional Inst.
      02630-070
      P.O. Box 1000
      White Deer, PA  17887

      Kate L. Mershimer, Esq.
      U.S. Attorneys Office
      Room 217, Federal Bldg.
      228 Walnut St.
      Harrisburg, Pa  17108

cc:
Judge                       ( ✓ )        ( ) Pro Se Law Clerk
Magistrate Judge            (  )         ( ) INS
U.S. Marshal                (  )         ( ) Jury Clerk
Probation                   (  )
U.S. Attorney               (  )
Atty. for Deft.             (  )
Defendant                   (  )
Warden                      (  )
Bureau of Prisons           (  )
Ct Reporter                 (  )
Ctroom Deputy               (  )
Orig-Security               ( ✓ )
Federal Public Defender     (  )
Summons Issued              (  )  with N/C attached to complt. and served by:
                                  U.S. Marshal ( )     Pltf's Attorney ( )

Standard Order 93-5         (  )
Order to Show Cause         (  )  with Petition attached & mailed certified mail
                                  to:  US Atty Gen   ( )  PA Atty Gen ( )
                                       DA of County  ( )  Respondents ( )
Bankruptcy Court            (  )
Other_____        (  )

                                  MARY E. D'ANDREA, Clerk

DATE: _____ 12/26/01 _____          BY: _____ _____

Deputy Clerk