Joseph M. Craveiro
LSCI-ALLENWOOD
Low Security Correctional Inst.
02630-070
P.O. Box 1000
White Deer, PA  17887


Re: 1:00-cv-01714

------------------------



FILED
HARRISBURG, PA

JAN 0 2 2002

MARY E. D'ANDREA
Per _____
         Deputy Clerk

------------------------

Please file all pleadings direct
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smys

----------------------------------

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Ma
Magistrate Judge Thomas M. Ble

----------------------------------

Judge James F. McClure
Judge Malcolm Muir



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS