OFFICE OF ?????
OF THE INSPECTOR GENERAL
CONSTITUTION AVE. ?????
Washington D.C.

Joseph M Craveiro Jr,
?0-070-A-D
Allenwood Federal Prison
P.O.BOX.1000
Montgomery P.a. 17752

1/12/02

00-CV-1714
J. Caldwell

JAN 24 2002
PER _____
HARRISBURG, PA. DEPUTY CLERK

Re. Investigation under the Standards of Employee
Conduct and Responsibility under C.F.R.45
18 U.S.C.207(j).

Dear Sir

I am requesting that your office do a investigation on
a employee, Who works for the B.O.P. here at Allenwood fereral prison
camp, the employee is named L.Weber a P.a. at the Hospital here.
The person in question has acted in a discrimiatory manner by having
the above named inmate taken off his job at the hospital without just
cause a violation of the inmates rights to Due process.

On or about 12/19/01 the named P.a.Weber called me into work about 230P.M.
and at that time asked me were I was an My answer was where were you.
The reason why I answered that wya was beacuse all the staff at the hospital
had left the prison till about 215 that day for a X mass party.
I had reported to work at the time of 1230 Pm, but no one was there, I came
back at about 1;00 P.M. and then again at 1:40 or so. Then I left again
because on staff was there. At about 2;30 P.M. I was called to the hospital
on the same day in question. When I reported to the hospital I seen Mr.Weber
who at that time asked me were was I,   my answer was were where were
you. then I wint about my Job as I do every day. The officer/P.a.weber
stated to other staff that I was giting to familiar with the staff by my
answer. For them to take me off my job for the"Cach all Phrise"
that I was to familiar with the staff and no other reason then that is
a discriminatory practice and act"s of harassment by the named staff .
(a) I am requesting that said staff member be taken off his Job without
pay for at least one week.
(b). That said staff member be ordered to under go some form of
psychologist for treatment of what ever his problem is.
(c). That my job as a ordly in the Hospital be re instated at once.
If in fact this matter is not investatgated by your office, then I have
on other chice but to take action in the U.S.District court for a civil
rights violation

(2)

Thank you for any and all your help in this matter.

Truly

*[signature]*

Joseph M Craveiro Jr.
02630-070-A D
P.O.BOX.1000
Montgomery Pa. 17752

Cc.Warden F.P.C. allenwood
Cc. Caption.
Cc.Chife United States District Court Judge.
Cc.A.C.L.U. Penn.

Mr. Joseph M Craveiro J.r.
02630-070-A-D
P.O.BOX.1000
Montgomery   P.a. 17752

1/17/02

Dear Clerk

    Please take Notice that the herein letter has been sent to the nemed herein Partys and a civil action will be filed on this matter.

*[signature]*